MEMORANDUM
TO THE HONORABLE FREDERIC BLOCK
SENIOR UNITED STATES DISTRICT JUDGE

RE: KLINDT, Marc Jay
DKT. No.: 1:06-CR-486
Request for Transfer of Jurisdiction

Reference is made to the above-mentioned individual for whom Your Honor sentenced on February 20, 2009, for Conspiracy to Import Heroin, in violation of 21 U.S.C. §§ 952(a), 963, 960(a)(1) and 960(b)(1)(A). Mr. Klindt was sentenced to time served followed by three years of supervised release.

Mr. Klindt was released to the Southern District of Florida, Miami, to commence his term of supervised release. At this time the Probation office, in Miami, is requesting a transfer of jurisdiction.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY:

Deborah Nieders
Executive Assistant

Date: March 18, 2009

THE COURT HEREBY ORDERS:
☒ Transfer of Jurisdiction
☐ Other

s/FB
_____
Signature of Judicial Officer

3/18/09
Date

Enclosures: Three Probation Forms 22